IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACOSTA, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-3282 |
| | : | |
| v. | : | |
| | : | |
| JOSEPH NAVITSKY and JOHNSON O'HARE CO., INC., | : | |
| | : | |
| Defendants. | : | |

# **ORDER**

**AND NOW**, this 12th day of March, 2018, after considering the plaintiff's amended motion for a preliminary injunction (Doc. No. 37), the responses in opposition to the amended motion separately filed by the defendants (Doc. Nos. 47, 51), the record created by the parties at the evidentiary hearings held on November 1, 2017, December 7, 2017, and December 21, 2017; and for the reasons noted in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** that the amended motion for a preliminary injunction (Doc. No. 37) is **DENIED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.